**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6458

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DANIEL JACKSON RODGERS,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:19-cr-00020-KDB-SCR-1)

Submitted:  October 30, 2025                         Decided:  November 4, 2025

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel Jackson Rodgers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Jackson Rodgers appeals the district court's order denying Rodgers's motion for judicial recommendation. We have reviewed the record and discern no reversible error. Accordingly, we grant Rodgers's motion to seal documents related to this appeal, deny that portion of Rodgers's motion seeking appointment of counsel, and affirm the district court's order. *United States v. Rodgers*, No. 5:19-cr-00020-KDB-SCR-1 (W.D.N.C. May 5, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*